ACCEPTED
15-25-00020-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/18/2025 4:21 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00020-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/18/2025 4:21:52 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS

Storable, Inc.; RedNova Labs, Inc. (d/b/a storEDGE); Sitelink
Software, LLC; Easy Storage Solutions, LLC; Bader Co.; and
Property First Group, LP,

*Appellants,*

v.

SafeLease Insurance Services, LLC,

*Appellee.*

On Appeal from the Third Division of the Texas Business Court
Cause No. 25-BC03A-0001

## MOTION FOR VOLUNTARY DISMISSAL

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellants, by and through their respective counsel, hereby notify the Court that the parties have resolved all matters in controversy between them in this interlocutory appeal. Accordingly, pursuant to Texas Rule of Appellate Procedure 42.1(a), Appellants request that this appeal be dismissed. Appellee is not opposed. The parties have agreed that each party bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Dale Wainwright*
Dale Wainwright
State Bar No. 00000049
Justin Bernstein
State Bar No. 24105462
**GREENBERG TRAURIG LLP**
300 West 6th Street, Suite 2050
Austin, Texas 78701
Tel.: (512) 320–7240
Fax: (512) 320–7240
Dale.Wainwright@gtlaw.com
Justin.Bernstein@gtlaw.com

And

Katherine G. Treistman
State Bar No. 00796632
Andrew D. Bergman
State Bar No. 24101507
**ARNOLD & PORTER KAYE SCHOLER LLP**
700 Louisiana Street, Suite 4000
Houston, Texas 77002–2755
Tel.: (713) 576–2400
Fax: (713) 576–2499
Katherine.Treistman@arnoldporter.com
Andrew.Bergman@arnoldporter.com

Ray T. Torgerson
State Bar No. 24003067
Neil Kenton Alexander
State Bar No. 00996600
Jonna N. Summers
State Bar No. 24060649
Elizabeth "Liza" Eoff
State Bar No. 24095062
Lakshmi N. Kumar
State Bar No. 24144581
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Tel.: (713) 226–6000
Fax: (713) 226–6000
rtorgerson@porterhedges.com
ken.alexander@porterhedges.co
m jsummers@porterhedges.com
leoff@porterhedges.com
ljumar@porterhedges.com

*Counsel for Appellants*

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on counsel of record by using the Court's CM/ECF system on the 18th day of September 2025, addressed as follows:

STONE HILTON PLLC

Judd E. Stone II
State Bar No. 2407670
judd@stonehilton.com
Christopher D. Hilton
State Bar No. 24087727
600 Congress Ave.,
Austin, Texas 78701
T: (737) 465-7248

YETTER COLEMAN LLP

R. Paul Yetter
State Bar No. 22154200
pyetter@yettercoleman.com
Susanna R. Allen
State Bar No. 24126616
sallen@yettercoleman.com
Luke A. Schamel
State Bar No. 24106403
lschamel@yettercoleman.com
Shannon N. Smith
State Bar No. 24110378
ssmith@yettercoleman.com
811 Main Street, Suite 4100
Houston, Texas 77002
T: (713) 632-8000

LOCKELAW PLLC

Adam Locke
adam@lockelaw.com
2617 Bissonnet, Suite 503
Houston, Texas 77005
T: (713) 832-0242

COUNSEL FOR APPELLEE

I also certify that a copy of the foregoing document was served by email on the 18th day of September 2025, addressed as follows:

Honorable Melissa Andrews
Third Division of the Texas Business Court
Herman Marion Sweatt Courthouse
Courtroom 421
1000 Guadalupe St.
Austin, Texas 78701
BCDivision3A@txcourts.gov

/s/ Dale Wainwright
Dale Wainwright

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sylvia Dominguez on behalf of Dale Wainwright
Bar No. 49
sylvia.dominguez@gtlaw.com
Envelope ID: 105797278
Filing Code Description: Motion
Filing Description: Motion for Voluntary Dismissal Appeal
Status as of 9/18/2025 4:33 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Delonda Dean | | ddean@yettercoleman.com | 9/18/2025 4:21:52 PM | SENT |
| Yetter Coleman | | efile@yettercoleman.com | 9/18/2025 4:21:52 PM | SENT |
| Adam Locke | 24083184 | adam@lockelaw.com | 9/18/2025 4:21:52 PM | SENT |
| Cody Coll | | cody@stonehilton.com | 9/18/2025 4:21:52 PM | SENT |
| Dale Wainwright | | dale.wainwright@gtlaw.com | 9/18/2025 4:21:52 PM | SENT |
| Justin Bernstein | | bernsteinju@gtlaw.com | 9/18/2025 4:21:52 PM | SENT |
| Ray Torgerson | | rtorgerson@porterhedges.com | 9/18/2025 4:21:52 PM | SENT |
| Carolyn Reed | | creed@porterhedges.com | 9/18/2025 4:21:52 PM | SENT |
| Jonna Summers | | jsummers@porterhedges.com | 9/18/2025 4:21:52 PM | SENT |
| Lakshmi Kumar | | lkumar@porterhedges.com | 9/18/2025 4:21:52 PM | SENT |
| Dolores Brunelle | | dbrunelle@porterhedges.com | 9/18/2025 4:21:52 PM | SENT |
| Liza Eoff | | leoff@porterhedges.com | 9/18/2025 4:21:52 PM | SENT |
| Neil KentonAlexander | | kalexander@porterhedges.com | 9/18/2025 4:21:52 PM | SENT |
| Courtney Smith | | csmith@yettercoleman.com | 9/18/2025 4:21:52 PM | SENT |
| Luke A.Schamel | | lschamel@yettercoleman.com | 9/18/2025 4:21:52 PM | SENT |
| Christopher Hilton | | chris@stonehilton.com | 9/18/2025 4:21:52 PM | SENT |
| Judd Stone | | Judd@stonehilton.com | 9/18/2025 4:21:52 PM | SENT |
| Alyssa Smith | | asmith@yettercoleman.com | 9/18/2025 4:21:52 PM | SENT |
| Bonnie Chester | | bonnie@stonehilton.com | 9/18/2025 4:21:52 PM | SENT |
| Alexander Dvorscak | | alex@stonehilton.com | 9/18/2025 4:21:52 PM | SENT |
| Shannon Smith | | ssmith@yettercoleman.com | 9/18/2025 4:21:52 PM | SENT |
| R. Paul Yetter | | pyetter@yettercoleman.com | 9/18/2025 4:21:52 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sylvia Dominguez on behalf of Dale Wainwright
Bar No. 49
sylvia.dominguez@gtlaw.com
Envelope ID: 105797278
Filing Code Description: Motion
Filing Description: Motion for Voluntary Dismissal Appeal
Status as of 9/18/2025 4:33 PM CST

Case Contacts

| R. Paul Yetter | | pyetter@yettercoleman.com | 9/18/2025 4:21:52 PM | SENT |
|---|---|---|---|---|
| Susanna R.Allen | | sallen@yettercoleman.com | 9/18/2025 4:21:52 PM | SENT |
| Rosalinda Luna | | rosie@stonehilton.com | 9/18/2025 4:21:52 PM | SENT |
| Cathy Hodges | | catherine.hodges@aporter.com | 9/18/2025 4:21:52 PM | SENT |